UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BREZIE HUGHES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 1:22-cv-00675-TWP-TAB |
| FRANCISCAN ALLIANCE, INC., | ) ) ) |
| Defendant. | ) ) |

### ENTRY FOLLOWING FAIRNESS HEARING HELD FEBRUARY 14, 2024
### THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE

This matter is before the Court regarding the fairness and adequacy of the proposed settlement. Matthew Scott Parmet and C. Ryan Morgan appeared on behalf of all Plaintiffs. Libby Yin Goodknight and Amy Joan Adolay appeared on behalf of Defendants. The Court Reporter was David Moxley.

No objectors or members of the public appeared.

Attorney Parmet presented argument in support of Hughes' Unopposed Motion for Final Approval of Class Action Settlement (Filing No. 63).

Counsel for Defendant Libby Yin Goodknight agreed with the argument in support.

The Court found the settlement fair and reasonable and will grant Hughes' Unopposed Motion for Final Approval of Class Action Settlement (Filing No. 63).

Counsel for plaintiff has filed a proposed order in CM/ECF; however, **counsel is directed** to email a Word version of the proposed order to the courtroom deputy clerk for the Court's consideration.

IT IS SO ORDERED.

Date: 2/16/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Amy Joan Adolay
KRIEG DEVAULT LLP (Carmel)
aadolay@kdlegal.com

Libby Yin Goodknight
KRIEG DEVAULT LLP (Indianapolis)
lgoodknight@kdlegal.com

Hilary Kathryn Leighty
Krieg DeVault LLP
hleighty@kdlegal.com

C. Ryan Morgan
MORGAN & MORGAN PA
rmorgan@forthepeople.com

Matthew Scott Parmet
Parmet PC
matt@parmet.law