UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BREZIE HUGHES, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:22-cv-00675-TWP-TAB |
| FRANCISCAN ALLIANCE, INC. | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the Notice of Filing of Consents to Join Pursuant to FLSA 29 U.S.C. § 216(b) and the Joint Motion to Dismiss with Prejudice. And the Court, having considered the same and being duly advised in the premises, hereby finds that the Joint Motion to Dismiss with Prejudice should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees, except as set forth in the Court's Order Granting Final Approval of Class Action Settlement [Doc. 72] and the parties' Settlement Agreement [Doc. 63-1].

SO ORDERED.

Date: 12/23/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF